UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GIITOU NEOR and TYRONE WALLACE
*on behalf of themselves, FLSA Collective Plaintiffs, and the Class,*

            Plaintiffs,

v.

ACACIA NETWORK, INC.,
d/b/a ACACIA NETWORK, et al.

            Defendants.

Case No: 22-cv-04814

**STIPULATION**

---

[handwritten: Acacia Network, Inc.; Acacia Network Housing Inc.; Promesa Residential Healthcare Facility, Inc.]

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above captioned action, acting by means of their respective counsel, that Defendants shall have until August 4, 2022 to answer, move or otherwise respond with respect to the Complaint in the above matter. All Parties have agreed to this extension of time.

**IT IS FURTHER STIPULATED AND AGREED** that Defendants also agree to waive all defenses to invalid service of process and accept service of the Complaint and all amendments thereon.

**IT IS FURTHER STIPULATED AND AGREED**, by and between the parties that this Stipulation may be signed by facsimile or electronic copy which shall be demed an original, and may be executed in one or more counterparts, but which collectively will constitute one and the same instrument.

| For all Defendants: | For the Plaintiff: |
|---|---|
| By: /s/ Peter T. Shapiro, Esq. | By: /s/ C.K. Lee, Esq. |
| Lewis Brisbois Bisgaard & Smith, LLP | Lee Litigation Group, PLLC |
| 77 Water Street, | 148 West 24th Street, 8th Floor |
| New York, NY 10005 | New York, New York 10011 |
| Telephone: (212) 232-1322 | Telephone: (212) 465-1180 |
| peter.shapiro@lewisbrisbois.com | cklee@leelitigation.com |
| Date: July 5, 2022 | Date: 7/5/22 |