# Lee Litigation Group, PLLC

148 West 24th Street, 8th Floor
New York, NY 10011
Tel: 212-465-1188
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:   212-465-1188
cklee@leelitigation.com

February 29, 2024

**Via ECF**
The Honorable Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Neor et al v. Acacia Network, Inc., et al.*
                Case No.: 22-cv-04814

Dear Judge Ramos:

      We are counsel to Plaintiffs in the above-referenced matter. We write pursuant to Rule 1(E) of Your Honor's Individual Rules and Practices. Pursuant to Your Honor's Order, a pre-motion conference has been scheduled for March 7, 2024 at 11:30 am. [Doc. No. 76.] Unfortunately, we have a conflict that day, due to an in-person appearance in another matter before Judge Colleen McMahon at 11:45 am. We respectfully request that Your Honor allow the parties to begin the pre-motion conference at 11:15 am on March 7, 2024.

      There have been no previous requests regarding this conference, and counsel for Defendants consents to our request.

      We thank the Court for its time and attention to this case.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF