

Simi Bhutani
77 Water Street, Suite 2100
New York, New York 10005
Simi.Bhutani@lewisbrisbois.com
Direct: 646.783.1708

March 6, 2024

**VIA ECF**
Hon. Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    **Neor, et ano. v. Acacia Network, Inc., et. al.**
             **No. 22-cv-04814 (ER)**

Dear Judge Ramos:

      On behalf of Defendants, this letter responds to Plaintiffs' March 6, 2024 letter requesting that the Court order Defendants to produce outstanding class documents by March 11, 2024. (Dkt. 80).

      Plaintiff's counsel has again prematurely and unnecessarily involved this Court in resolving putative discovery disputes that do not exist. Plaintiff's counsel and I exchanged email correspondence yesterday regarding the production of class discovery documents that remains. I advised that I had an emergency family matter to attend to and my colleague who has been assisting in reviewing the class records has also been unexpectedly out of office, which has caused a delay in completing the small fraction of what remains to be produced. Defendants have been diligent in producing records and have already produced a large majority of the class discovery, which consists of over 3,500 pages of documents. This has been a time-consuming process since the client provided the documents to us in hard copy form. As I advised counsel in my email correspondence yesterday, we expect to complete production by this weekend. As such, we do not believe that judicial intervention regarding this issue is necessary. There is no prejudice to Plaintiffs from the brief, unavoidable delay.

      Further, we object to Plaintiff's email submission of the deposition transcripts in an unrelated matter (*Charles v. Pinnacle Too, LLC, et al*.) to Chambers today as improper given that all submissions are required to be submitted via ECF and be part of the public record. We therefore ask that the Court disregard that submission including the attachments.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
137307891.1

Hon. Edgardo Ramos
March 6, 2024
Page 2

We thank the Court for its time and attention to this matter.

Respectfully,

*/s/ Simi Bhutani*

Simi Bhutani of
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: All counsel of record (via ECF)