UNITED STATES DISTRICT COURT
SOUNTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAMON JONES,

                              Plaintiff,

    -against-

BECKETT & ROBB, LLC

                            Defendants.
------------------------------------------------------------X

**Mediation Referral Order**

22 Civ. 4814 (ER)

Ramos, D.J.:

    It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

    SO ORDERED.

Dated: New York, New York
       May 8, 2024

                                                            Edgardo Ramos, U.S.D.J.