

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.shapiro@lewisbrisbois.com
Direct: 212.232.1322

August 1, 2024

**VIA ECF**
Hon. Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    Neor, et ano. v. Acacia Network, Inc., et. al.
            No. 22-cv-04814 (ER)

Dear Judge Ramos:

    On behalf of Defendants, I write to address the Court's directive in its July 25, 2024 memo-endorsed order that the parties respond by August 2, 2024, to the issues raised by the letters docketed at numbers 164 and 165. Defendants' responses to the issues raised by opposing counsel's letter dated July 25, 2024, which is docket number 164, are fully set forth in my partner Simi Bhutani's letter, dated July 25, 2024, docketed at number 165. Accordingly, we will rest on that submission and not write further on the subjects at hand unless compelled to do so by some subsequent submission by opposing counsel. We look forward to the conference scheduled for September 5, 2024, to address the various pending issues.

    We thank the Court for its time and attention to this matter.

    Respectfully,

    */s/ Peter T. Shapiro*

    Peter T. Shapiro of
    LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:    All counsel of record (via ECF)