UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GIITOU NEOR and TYRONE WALLACE, *on behalf of themselves, FLSA Collective Plaintiffs, and the Class*,

Plaintiffs,

-against-

ACACIA NETWORK, INC.
    d/b/a ACACIA NETWORK,
ACACIA NETWORK HOUSING INC.
    d/b/a ACACIA NETWORK,
PROMESA RESIDENTIAL HEALTH CARE FACILITY, INC.
    d/b/a PROMESA, and
JOHN DOE CORP 1-100,

Defendants.

---

Case No.: 22-cv-04814-ER

**STIPULATION OF DISMISSAL WITH PREJUDICE F.R.C.P. 41(A)(1)(a)(ii) AS TO OPT-IN PLAINTIFF MARVA CARBERRY**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, through their respective counsel, that the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL") wage claims of Opt-in Plaintiff Marva Carberry, are hereby dismissed with prejudice, as against Defendants, without costs or attorneys' fees to any party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). There has been no settlement of any kind between Plaintiff and any of the Defendants in connection with the claims being voluntarily dismissed herein.

    For the avoidance of doubt, Plaintiffs Gittou Neor and Tyron Wallace and all other opt-in plaintiffs maintain their claims against Defendants.

| LEE LITIGATION GROUP, PLLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: _/s/ C.K. Lee_____<br>C.K. Lee, Esq.<br>148 West 24th Street, 8th Floor<br>New York, NY 10011<br>(212) 465-1188<br>cklee@leelitigation.com<br>Attorneys for Plaintiffs | By: _[signature]_____<br>Simi Bhutani, Esq.<br>Peter T. Shapiro, Esq.<br>77 Water Street, Suite 2100<br>New York, New York 10005<br>(646) 783-1708<br>Simi.Bhutani@lewisbrisbois.com<br>Peter.Shapiro@lewisbrisbois.com<br>Attorneys for Defendants |
| Date: August 20, 2024 | Date: August 16, 2024 |

SO ORDERED

_____
           U.S.D.J.