UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIITOU NEOR *and* TYRONE WALLACE *on behalf of themselves, FLSA Collective Plaintiffs, and the Class*,

                Plaintiffs,

-*against*-

ACACIA NETWORK, INC., d/b/a ACACIA NETWORK, ACACIA NETWORK HOUSING INC., d/b/a ACACIA NETWORK, PROMESA RESIDENTIAL HEALTH CARE FACILITY, INC., d/b/a PROMESA, *and* JOHN DOE CORP 1-100,

                Defendants.

**ORDER**

22-cv-4814 (ER)

RAMOS, D.J.

Defendants' opposition to the motion for conditional class certification is currently due on November 15, 2024. Sept. 5, 2024 Minute Entry. Plaintiffs are directed to file their reply by November 22, 2024.

    IT SO ORDERED.

Dated:   October 11, 2024
            New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.