UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GIITOU NEOR and TYRONE WALLACE, *on behalf of themselves, FLSA Collective Plaintiffs, and the Class*,

                  Plaintiffs,

-against-

ACACIA NETWORK, INC.
   d/b/a ACACIA NETWORK,
ACACIA NETWORK HOUSING INC.
   d/b/a ACACIA NETWORK,
PROMESA RESIDENTIAL HEALTH CARE FACILITY, INC.
   d/b/a PROMESA, and
JOHN DOE CORP 1-100,

                  Defendants.

Case No.: 22-cv-04814-ER

**STIPULATION OF DISMISSAL WITH PREJUDICE F.R.C.P. 41(A)(1)(a)(ii) AS TO OPT-IN PLAINTIFF ANGELINA LOPEZ**

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, through their respective counsel, that the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL") wage claims of Opt-in Plaintiff Angelina Lopez are hereby dismissed with prejudice, as against Defendants, without costs or attorneys' fees to any party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). There has been no settlement of any kind between Opt-In Plaintiff and any of the Defendants in connection with the claims being voluntarily dismissed herein; and

**IT IS FURTHER STIPULATED AND AGREED,** that the declaration of Angelina Lopez filed in support of Plaintiffs' pending Motion for Conditional Collective Certification (Dkt. No. 92) is withdrawn.

For the avoidance of doubt, Plaintiffs Gittou Neor and Tyron Wallace and all other remaining Opt-In Plaintiffs maintain their claims against Defendants.

147778941.1

| | |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH LLP | LEE LITIGATION GROUP, PLLC |

By: /s/ Simi Bhutani
    Simi Bhutani, Esq.
    Peter T. Shapiro, Esq.
    77 Water Street, Suite 2100
    New York, New York 10005
    (646) 783-1708
    Simi.Bhutani@lewisbrisbois.com
    Peter.Shapiro@lewisbrisbois.com
    Attorneys for Defendants

Date: October 24, 2024

By: _____
    C.K. Lee, Esq.
    148 West 24th Street, 8th Floor
    New York, NY 10011
    (212) 465-1188
    cklee@leelitigation.com
    Attorneys for Plaintiffs

Date: October 28, 2024

SO ORDERED

_____
    U.S.D.J.

147778941.1