UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIITOU NEOR and TYRONE WALLACE, on behalf of themselves, FLSA collective plaintiffs, and the class, MELYSA EXOLAS, TEARAH CHESTNUT, CLARICE ROBINSON, AKEEM FORD, AMANDA ALPHONSO, CAYON DENNIS, DIAMOND CLARKE, ISRAEL CRUZ, JAYMIE BUTLER, MELISSA FONSECA, MICHELLE BANKS, PORSCHEA CLARKE, SHANIE BUTLER, SHANTEL DELANEY, TIFFANY MONTANEZ, VANESSA GOERSMEYER, ZENJA BOSTIC, MARK RICHARDS, JOANNA ALVAREZ, YAW BROBBEY, CAROLYN PRIVETTE, KAREN BREHM-CALLACI, JENNIFER STUBBS, SHAWNTEL FEREBEE, SHARON DAVID, MOISES FIGUEROA, OTIS LESTER, GLENN REID, CYNTHIA COBOS, DONNA GITTENS, SHARON WILLIAMS, FRANCES RIVERA, DAYANA JEAN-GILLES, JOSEPHINE RIVERA, CHAWANDA OSBORNE, VIRGINA OYEBADE, and MIRANDA GUZMAN,

      Plaintiffs,

   – *against* –

ACACIA NETWORK, INC., D/B/A/ ACACIA NETWORK, ACACIA NETWORK HOUSING INC., D/B/A/ ACACIA NETWORK, PROMESA RESIDENTIAL HEALTH CARE FACILITY, INC., and JOHN DOE CORP 1-100,

      Defendants.

**ORDER**
22-cv-04814 (ER)

Ramos, D.J.:

  The Court has received the letters submitted by the parties, Docs. 201, 204, and 205, and

rules as follows: (1) discovery deadline is extended to February 20, 2025; (2) Defendants' request to compel the deposition of opt-in plaintiff Shantel Delaney is granted, the deposition is to be conducted at the earliest practicable time; (3) Defendants' request to compel opt-in plaintiffs to respond to post-deposition document requests is granted; (4) Defendants' deadline to file their opposition to plaintiffs' pending motion for conditional certification is extended to February 20, 2025; and (5) Plaintiffs' request to strike the additional individuals recently included in defendants' supplemental Rule 26 disclosure statement is denied.

It is SO ORDERED.

Dated: January 17, 2025
New York, New York

Edgardo Ramos, U.S.D.J.