# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1188
FAX: 212-465-1181
INFO@LEELITIGATION.COM

<u>Via ECF</u>

April 18, 2025

The Honorable Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

The application is  X   granted
                   ___ denied

Edgardo Ramos, U.S.D.J
Dated: April 21, 2025
New York, New York

Re: *Neor et al v. Acacia Network, Inc., et al.*
    <u>Case No.: 22-cv-04814</u>

Dear Judge Ramos:

    We are counsel to Plaintiffs in the above-referenced matter. We write to request that the Court compel Defendants to produce the outstanding collective employee list. This letter is submitted in accordance with rule 2(A) of Your Honor's Individual Practices.

    On March 31, 2025, this Court granted in part and denied in part Plaintiffs' motion for conditional collective certification, and ordered Defendants to produce the "names, date of employment, last known mailing addresses, email addresses, and all known telephone numbers, of all non-exempt employees who were employed by Defendants three years prior to the filing of the original complaint." (Dkt. No. 222 at 23). In their motion, Plaintiffs requested that such information be produced within 10 days of the Court entering an order on the motion, which would have been April 10, 2025.

    Earlier this week, counsel for Plaintiffs emailed and met and conferred with counsel for Defendants by telephone to inquire about the delinquent collective employee list. Plaintiffs indicated to Defendants we would request Court intervention if Defendants did not produce the list by April 18, 2025. To date, Defendants have not produced the outstanding collective employee list. Accordingly, we request the Court compel Defendants to do so by Friday April 25, 2025.

    We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ C.K. Lee
C.K. Lee, Esq.