Case 1:22-cv-04814-ER   Document 244   Filed 07/07/25   Page 1 of 1



<div style="text-align:right">
Peter T. Shapiro
7 World Trade Center
250 Greenwich Street, 11th Floor
New York, New York 10007
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322
</div>

**MEMO ENDORSED**

July 3, 2025

The application is  X  granted
                  ___ denied

_/s/ Edgardo Ramos_
Edgardo Ramos, U.S.D.J
Dated: July 7, 2025
New York, New York

**VIA ECF**
Hon. Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **Neor, et ano. v. Acacia Network, Inc., et. al.**
    **No. 22-cv-04814 (ER)**

Dear Judge Ramos:

    We represent Defendants in the above-referenced matter. I write to request a short, two-week extension of time to submit our Opposition to Plaintiff's Motion for Class Certification (Dkt. Nos. 235 et seq.) ("Motion") which is currently due to be filed on July 11, 2025. My partner, Simi Bhutani, was heavily involved in depositions and discovery in this matter and drafting the Opposition to the Motion. However, after returning from an international trip last week, she has been sick due to contracting Covid-19. In light of these unexpected circumstances, I respectfully request a two-week extension to submit our Opposition to the Motion as she recovers. This is Defendants' first request for an extension.

    We contacted Plaintiff's counsel this week to advise of the circumstances and seek consent to such extension; however, counsel did not provide his consent.

    We thank the Court for its time and attention to this matter.

Respectfully,

/s/ Peter T. Shapiro

Peter T. Shapiro of
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: All counsel of record (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

159419741.1