Opt-in List

|    | FIRST NAME | LAST NAME |
|----|------------|-----------|
| 1  | Abel | Ilboudo |
| 2  | Adoho | Tonato |
| 3  | Aimee M | Taveras |
| 4  | Aisha | Calderon |
| 5  | Aisha M | Cantalicio |
| 6  | Aisha | Crawford |
| 7  | Alberto | Rodriguez |
| 8  | Alexus | Fox |
| 9  | Alivia Nadine | Burgos |
| 10 | Aliz | Naranjo |
| 11 | Almarie | King |
| 12 | Amanda | Battle |
| 13 | Andre | Lewis |
| 14 | Andy | Diaz |
| 15 | Antaisha | Woodson |
| 16 | Antasha T | Davis |
| 17 | Anthony | McGhee |
| 18 | Anthony | McNeil |
| 19 | Anthony | Parker |
| 20 | Anthony | Samedi |
| 21 | Antonio R | Jones |
| 22 | Ashlee K | Bolton |
| 23 | Ashley | Collins |
| 24 | Ashley D | Lucas |
| 25 | Ashley N | Price |
| 26 | Ayanna J | Henderson |
| 27 | Bernie R | Atkinson |
| 28 | Beverly | Williams |
| 29 | Bobbeisha B | Burton |
| 30 | Boukare | Sanga |
| 31 | Brandin J | Jackson |
| 32 | Brianna C M | Hollingsworth |
| 33 | Brihean R | Miller |
| 34 | Briia M | Jenkins |
| 35 | Brittany | Carter |
| 36 | Calvin C | Isaac |
| 37 | Camiesha T | Brown |
| 38 | Carlos A | Colon |
| 39 | Carlos | Howard |
| 40 | Chanique | Mitchell |
| 41 | Chantelle E | Johnson |
| 42 | Chelsie C | Stevens |
| 43 | Christian F | Beliard |
| 44 | Christina A | Martin |
| 45 | Ciara D | Mendez |
| 46 | Claysaun | Jones |

|    | FIRST NAME | LAST NAME |
|----|------------|-----------|
| 47 | Collin     | Campbell  |
| 48 | Crystal M  | Estrada   |
| 49 | Crystal    | Jalloh    |
| 50 | Cynthia    | Monaheng  |
| 51 | Dammon T   | Jones     |
| 52 | Danay      | Howard    |
| 53 | Darling    | Martinez  |
| 54 | David W    | Jones     |
| 55 | David O    | Fayemiwo  |
| 56 | Deborah    | Armstead  |
| 57 | Denise     | Camejo    |
| 58 | Denise     | Johnson   |
| 59 | Deremous   | Wilder    |
| 60 | Desiree    | Caesar    |
| 61 | Dominique  | Anthony   |
| 62 | Donald     | Sutherland|
| 63 | Dongjin    | Kim       |
| 64 | Donneer    | Legree    |
| 65 | Dorian     | Williams  |
| 66 | Dorothy G  | Cook      |
| 67 | Dushon R   | Smith     |
| 68 | Ebony      | Bussey    |
| 69 | Edmund F   | Bolella   |
| 70 | Edward F   | Arce      |
| 71 | Eliezel E  | Torres    |
| 72 | Elizabeth  | Cespedes  |
| 73 | Emilio     | Rodriguez |
| 74 | Eno        | Etukudo   |
| 75 | Eno        | Okoro     |
| 76 | Erica      | Heredia   |
| 77 | Erica A    | Patrick   |
| 78 | Esra       | Fares     |
| 79 | Frances    | Hampton   |
| 80 | Frances    | Rivera    |
| 81 | Georgina   | Rijo      |
| 82 | Gerald     | Benjamin  |
| 83 | Ginessi    | Ortiz     |
| 84 | Gloria     | Dalton    |
| 85 | Gregory    | Jacques   |
| 86 | Grissel    | Reynoso   |
| 87 | Guy        | Morinville|
| 88 | Haadiya    | Rolle     |
| 89 | Hadji C    | Koroma    |
| 90 | Ibrahim O  | Alliu     |
| 91 | Idrise R   | Lewis     |
| 92 | Ivan M     | Suphal    |

|     | FIRST NAME | LAST NAME |
| --- | --- | --- |
| 93 | Iyonna M | Fournier |
| 94 | Jada E | Hospedales |
| 95 | Jaime L | Arriola |
| 96 | James S | Sargeant |
| 97 | Jamese P J | Snipes |
| 98 | Jamiah D | Delancey |
| 99 | Janaya | Hart |
| 100 | Jannette | Melendez |
| 101 | Jasmin | Dejesus |
| 102 | Jasmine M S | Bryant |
| 103 | Jasmine M K | Green |
| 104 | Jasmine | Hinds |
| 105 | Jasmine E | Knight |
| 106 | Jasmine C | Reid |
| 107 | Javier | Monroig |
| 108 | Jean Paul | Fils |
| 109 | Jeanette S | Chance |
| 110 | Jerahmy | Rolon |
| 111 | Jezyndia M | Calderon |
| 112 | Joel | Carrasquillo |
| 113 | Johnnell ML | Menifield |
| 114 | Johntae C | Curet |
| 115 | Joshua L | Lorino |
| 116 | Jovana | Medina |
| 117 | Julisa T | Gomez |
| 118 | Justin | Gainer |
| 119 | Kamal D | Lambus |
| 120 | Kanisha M | Clark |
| 121 | Karielys | Morales |
| 122 | Karline | Guzman |
| 123 | Kayesha | Barnett |
| 124 | Kelvin K | Harris |
| 125 | Kenneth A | Burton |
| 126 | Kenya | Harris |
| 127 | Kery | Antoine |
| 128 | Kevin | Morgan |
| 129 | Khadijah F | James |
| 130 | Khalif J | LaBorde |
| 131 | Kiara S | Fogle |
| 132 | Kiarra | McNeil |
| 133 | Kimberly N | Howard |
| 134 | Kimberly | Leak |
| 135 | Kotara | Warren |
| 136 | Kuri A | Walden |
| 137 | Lamonte | Menifield |
| 138 | Laqueshia S | Jones |

|     | FIRST NAME | LAST NAME |
|-----|------------|-----------|
| 139 | Larrie R | Penco |
| 140 | Lashawn | Smalls |
| 141 | Lastaza | Hart |
| 142 | Latoya | Durham |
| 143 | Lavern L | Williams |
| 144 | Luis Javier | Segura Almonte |
| 145 | Machel T | Neita |
| 146 | Magaly E | Almonte |
| 147 | Majida | Benali |
| 148 | Marcus | Barnett |
| 149 | Maria J | Laramore |
| 150 | Mark A | Howard |
| 151 | Marlon F | Irizarry |
| 152 | Martyna T | Bush |
| 153 | Maryam | Bray |
| 154 | Maximino | Acevedo Jr |
| 155 | Maxwell | Densu |
| 156 | Meia | Moore |
| 157 | Melanie | Wolf |
| 158 | Metoyer | Moses |
| 159 | Micarlie | Jean Bernardin |
| 160 | Michael C | Sims |
| 161 | Michael L | Washington |
| 162 | Milagros | Noriega |
| 163 | Mirna C | Flores |
| 164 | Miya S | Jackson |
| 165 | Moneke N | Robinson |
| 166 | Monserrate J | Negron |
| 167 | Mussolini | Mombrun |
| 168 | Najim J | Wadud |
| 169 | Nakcole L | Simpson |
| 170 | Nakema | Autry |
| 171 | Nakiah | Mcleary |
| 172 | Natasha M | Doughty |
| 173 | Nathalie | Boco |
| 174 | Nicki N | McKenzie |
| 175 | Nimesha | Walker |
| 176 | Noel | Haywood |
| 177 | Noreen | Kimble |
| 178 | Norma L | Aranzamendi |
| 179 | Oladipo F | Towobola |
| 180 | Orlon L | Baker |
| 181 | Oscar A | Solis |
| 182 | Osman A | Khalil |
| 183 | Pamela | Valerio |
| 184 | Paola | Cuevas |

|     | FIRST NAME | LAST NAME |
| --- | --- | --- |
| 185 | Paola M | Reyes Rodriguez |
| 186 | Paul T | Farrell |
| 187 | Randy | Pascual |
| 188 | Regina | Robinson |
| 189 | Rene | Lisojo |
| 190 | Renee R | Roach |
| 191 | Renita T | Ferdinand |
| 192 | Reynold | Harvey |
| 193 | Rolando A | Carrasquillo |
| 194 | Rosebella | Morales |
| 195 | Rubiel P | Volmar |
| 196 | Sadiki EF | Thomas |
| 197 | Samael D | Rodriguez |
| 198 | Samuel | Afosah |
| 199 | Secunda A | Gumbs |
| 200 | Serena | Dawson |
| 201 | Shaheem | Shaw |
| 202 | Shaka K S | Horton |
| 203 | Shakeem | Holmes |
| 204 | Shakema C | Mcclellan |
| 205 | Shalamar R | Brown |
| 206 | Shamecca | Bunce |
| 207 | Shamel D | Black |
| 208 | Shandra | Neal |
| 209 | Shanika | Jones |
| 210 | Shaniqua | Gaylord |
| 211 | Shaniqua L | Orr |
| 212 | Shaquille | Ramsay |
| 213 | Shariff | Jamison |
| 214 | Shatearer R | Taylor |
| 215 | Shatoya L | Buckner |
| 216 | Shavonne | Branch |
| 217 | Shawnee U | Vaughn |
| 218 | Shikea | Garner |
| 219 | Sierra B | Manley |
| 220 | Simone | Taylor |
| 221 | Solihah Thabitha | Straker |
| 222 | Sonovia D | Parker |
| 223 | Stacy | Taylor |
| 224 | Stephanie | Hodge |
| 225 | Stephanie P | Pena |
| 226 | Stephanie | Powell |
| 227 | Sterling | Robinson |
| 228 | Steven | Harrison |
| 229 | Stuart | Legros |
| 230 | Sylvester | Donato |

|     | FIRST NAME | LAST NAME |
|-----|------------|-----------|
| 231 | Symone A | Ferdinand |
| 232 | Taidaisha P | Dickerson |
| 233 | Taimell Q | Etheridge |
| 234 | Takima J | Smith |
| 235 | Tamara | Antonio |
| 236 | Tamesha J | Clark |
| 237 | Tamyra L | Robinson |
| 238 | Tashiya N | Porteous- Bell |
| 239 | Tashocka | Brown |
| 240 | Telicia | Brathwaite |
| 241 | Thomas | Barnett |
| 242 | Tiana L | Bain |
| 243 | Tianna D | Diaz |
| 244 | Tiara S | Alexander |
| 245 | Tiffany | Billingy |
| 246 | Timothy J | Kelly |
| 247 | Tracy N | Blackman |
| 248 | Trisha | Figueroa |
| 249 | Valerie | Bolling |
| 250 | Valerie | Green |
| 251 | Valerie L | Lockett |
| 252 | Vardrena K | Gambrell |
| 253 | Venita C | Mcmillan |
| 254 | Victor | Gaza |
| 255 | Wayman | Goree |
| 256 | Wesley Ralston | Bailey |
| 257 | William A | Burkett |
| 258 | Xavier | Corsino |