# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1188
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:          (212) 465-1188
                          cklee@leelitigation.com

November 24, 2025

**Via ECF**
Hon. Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:    *Neor et al v. Acacia Network, Inc., et al.*
                Case No.: 22-cv-04814 (ER)(RWL)

Dear Judge Ramos:

      We are counsel to Plaintiffs in the above referenced matter. We write jointly with counsel for Defendants, pursuant to the Court's Order, dated November 12, 2025.

      Other than waiting for confirmation of the class size, which we expect to be forthcoming by November 26, 2025, the parties have agreed to all terms of a class settlement. The parties expect to move for approval of this class settlement before Your Honor prior to the end of the year.

      We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF