UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GIITOU NEOR and TYRONE WALLACE, *on behalf of themselves, FLSA Collective Plaintiffs, and the Class*,<br><br>                                    Plaintiffs,<br>     -against-<br><br>ACACIA NETWORK, INC.,<br>        d/b/a ACACIA NETWORK,<br>ACACIA NETWORK HOUSING INC.,<br>        d/b/a ACACIA NETWORK,<br>PROMESA RESIDENTIAL HEALTH CARE FACILITY, INC.,<br>        d/b/a PROMESA, and<br>JOHN DOE CORP 1-100,<br>                                    Defendants. | Case No.: 22-cv-04814 |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES, COSTS AND EXPENSES, AND ADMINISTRATION FEES**

For the reasons set forth in (i) the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, (ii) the Declaration of C.K. Lee in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees, Costs and Expenses, and Administration Fees and (iii) Unopposed Motion for Approval of Class Representatives' Service Awards, and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order: (1) awarding Class Counsel one third of the Gross Settlement Fund established by Defendants in the amount of $1,500,000, to cover attorneys' fees, plus reimbursement of costs and expenses in the amount of $17,537.35, to be paid from the Settlement Fund; and (2) awarding Arden Claims Service, LLC, as Settlement Administrator, administration fees of $150,000, to be paid from the Settlement Fund, pursuant to the terms contained in the Parties' Collective and Class Action Settlement Agreement.

Dated: New York, New York
       January 27, 2026                          Respectfully submitted,

2

**LEE LITIGATION GROUP, PLLC**

By: */s/ C.K. Lee*
C.K. Lee, Esq. (CL 4086)
Anne Seelig, Esq. (AS 3976)
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel.: 212-465-1188
Fax: 212-465-1181
*Attorneys for Plaintiffs, FLSA Collective Plaintiffs and the Class*