UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GIITOU NEOR and TYRONE WALLACE
*on behalf of themselves, FLSA Collective Plaintiffs, and the Class,*
          Plaintiffs,

v.

ACACIA NETWORK, INC.,
d/b/a ACACIA NETWORK,
ACACIA NETWORK HOUSING INC.,
d/b/a ACACIA NETWORK,
PROMESA RESIDENTIAL HEALTH CARE FACILITY, INC.,
d/b/a PROMESA, and
JOHN DOE CORP 1-100,

          Defendants.

Case No.: 22-cv-04814

**STIPULATION**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties in the above captioned action, acting by means of their respective counsel, that Promesa Inc. shall be an added defendant to this lawsuit and Lewis Brisbois Bisgaard & Smith LLP hereby appears as counsel for Defendant Promesa Inc.

Dated: December 23, 2025
       New York, NY

| | |
|---|---|
| **LEE LITIGATION GROUP, PLLC** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| By: _____<br>C.K. Lee, Esq.<br>Anne Seelig, Esq.<br>148 West 24th Street, 8th Floor<br>New York, NY 10011<br>*Attorneys for Plaintiffs, Collective Members and the Class* | By: /s/ Peter Shapiro_____<br>Peter T. Shapiro, Esq.<br>Simi Bhutani, Esq.<br>7 World Trade Center, 11th Fl.<br>New York, New York 10007<br>*Attorneys for Defendants* |

---

The Clerk of the Court is respectfully directed to add Promesa Inc. as a defendant in this action.

SO ORDERED.

                                                 Edgardo Ramos, U.S.D.J.
                                                 Dated: 1/30/2026
                                                 New York, New York