UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIITOU NEOR *and* TYRONE WALLACE,
*on behalf of themselves, FLSA Collective
Plaintiffs, and the Class*,

                    Plaintiffs,

          -against-

ACACIA NETWORK, INC., d/b/a ACACIA
NETWORK, ACACIA NETWORK HOUS-
ING INC., d/b/a ACACIA NETWORK,
PROMESA RESIDENTIAL HEALTH CARE
FACILITY, INC., d/b/a PROMESA, *and*
JOHN DOE CORP 1-100,

                    Defendants.

**ORDER**

22-cv-04814 (ER)

      The parties are directed to appear for a telephonic conference at 10:00 a.m. on April 23, 2026, so that Plaintiffs may show cause why the Court should grant their motions for settlement. Docs. 256, 259, 261. The parties are directed to dial (855) 244-8681 and enter access code 2301 087 7354 when prompted.

      SO ORDERED.

Dated:    April 13, 2026
          New York, New York

                                          Edgardo Ramos, U.S.D.J.